IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cr9

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| LUCINDA LYONS SHACKLEFORD. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the joint Motion to Set Peremptory Trial Date of July 5, 2011, or Later. Having considered the joint motion and reviewed the pleadings, and conducted a hearing at calendar call on May 2, 2011, and finding that good reasons exist for a peremptory trial date, which include complex legal issues, use of interpreters, and bringing in witnesses from out-of-state, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion to Set Peremptory Trial Date (#7) is **GRANTED** and this matter is **PEREMPTORILY** set for trial commencing July 11, 2011, at 9 a.m.

Respective counsel shall attend calendar call on July 5, 2011, with jury selection to take place on July 6, 2011.

Signed: May 10, 2011

Max O. Cogburn Jr.
United States District Judge

-1-