# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:11cr9

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Vs. | ) ORDER |
| | ) |
| LUCINDA LYONS SHACKLEFORD, | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on the government's Motion to Dismiss Without Prejudice. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss Without Prejudice (#14) is **GRANTED,** and the Superseding Indictment is **DISMISSED** without prejudice and this action is **CLOSED.**

Signed: July 8, 2011

Max O. Cogburn Jr.
United States District Judge